HON. GRADY J. LEUPOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TWIN HARBORS WATERKEEPER, <br><br> Plaintiff, <br><br> v. <br><br> ROGNLIN'S INC., <br><br> Defendant. | No. 3:23-cv-05797-GJL <br><br> JOINT MOTION FOR ENTRY OF CONSENT DECREE <br><br> Note on Motion Calendar: <br> October 25, 2024 |

## MOTION

Plaintiff Twin Harbors Waterkeeper and Defendant Rognlin's, Inc. (collectively, "the Parties") hereby jointly move the Court for an order approving the entry of the Consent Decree filed herewith.

## STATEMENT IN SUPPORT

The Parties have agreed that settlement of this matter is in the public interest and that entry of the Consent Decree is the most appropriate means of resolving this matter. By stipulating to the entry of the proposed Consent Decree, Rognlin's, Inc. does not admit the facts alleged against it and does not admit liability.

JOINT MOTION FOR ENTRY OF CONSENT
DECREE - 1
(No. 3:22-cv-05797-GJL)

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

Pursuant to 33 U.S.C. § 1365(c)(3) and 40 C.F.R. §§ 135.4 and 135.5, copies of the Complaint and the Consent Decree will be served on the U.S. Attorney General, the Administrator of the U.S. EPA, and the Regional Administrator of Region 10 of the U.S. EPA.

The Consent Decree may not be entered prior to 45 days following receipt by both the Administrator and the Attorney General. The noting date for the Court's consideration of this matter has been scheduled accordingly.

The parties respectfully request this Court enter the Consent Decree.

RESPECTFULLY SUBMITTED, this 6th day of September, 2024.

SMITH & LOWNEY, PLLC

By:   */s/Marc Zemel*
      Marc Zemel, WSBA # 44325
      2317 E. John St.
      Seattle, WA 98112
      Tel: (206) 860-2883
      Fax: (206) 860-4187
      E-mail: marc@smithandlowney.com
      *Attorney for Twin Harbors Waterkeeper*

STOEL RIVES LLP

By:   */s/Veronica Keithley*
      Veronica Keithley, WSBA # 52784
      600 University, Suite 3600
      Seattle, WA 98101
      Tel: (206) 386-7583
      E-mail: veronica.keithley@stoel.com
      *Attorney for Rognlin's, Inc.*

JOINT MOTION FOR ENTRY OF CONSENT DECREE - 2
(No. 3:22-cv-05797-GJL)

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883